IN UNITED STATES DISTRICT OF COURT FOR THE SOUTHERN DISTRICT OF FLORIDA; AND UNITED STATES TAX COURT IN WASHINGTON, D.C.

(B52327)                    (TRADE NAME)
JAMES D. LEWIS A.K.A. JAMES OBAMA                    CASE NO.
PLAINTIFF(S)
                    Vs.                                     Hon.

FILED BY _____ JCS _____ D.C.

AUG 19 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

MAR-A-LAGO; CITY OF WEST PALM BEACH; STATE OF FLORIDA; DONALD J. TRUMP; KAMALA HARRIS; JOSEPH R. BIDEN JR.; JD VANCE; STATE OF ISRAEL; STATE OF PALESTINE, et. al, RESPONDENT(S)

* PROOF OF SERVICE / NOTICE OF FILING *

To: CLERK OF COURT, U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, 701 CLEMATIS STREET, ROOM 202, WEST PALM BEACH, FL 33401, 28 USCA 960.(a), 1731, 1740. — (CHECK ENCLOSED)

TO: CLERK OF COURT, UNITED STATES TAX COURT, 400 SECOND STREET, N.W. – WASHINGTON, DC 20217

* ON 8/13/2024 I ABOVE PARTIES HAS PLACED IN THE UNITED STATES POSTAL SERVICES DOCUMENTS: 35 USCS 281, RULE 2. "ONE FORM OF ACTION", 26 USCS 6801.(a)(b), 6802.(2), 6803(a)(b), 6806, 1017 (3)(c)(6321; RULE 23.(a)(1)(2)(3)(4) "CLASS ACTIONS", RULE 65(a)(b) "INJUNCTIONS AND RESTRAINING ORDERS", 28 USCA 960.(a), 1731, 1740, ETC. TO THE ABOVE COURTS, ETC. – UNDER 735 ILCS 5/1-109, 28 USCA 1746, 1731; * RESPECTFULLY SUBMITTED, _____ JOE KING/ SUI JURIS/ PROXY/ DE JURE GOVERNMENT/ MONARCHISM, ETC. JAMES D. LEWIS A.K.A. JAMES OBAMA, B52327, 2600 NORTH BRINTON AVENUE-DIXON, IL 61021-9522 (815) 288-556

IN THE UNITED STATES DISTRICT OF COURT FOR THE SOUTHERN DISTRICT OF FLORIDA; AND UNITED STATES TAX COURT IN WASHINGTON, DC.                    2 OF 2
* (B52327)          (TRADE NAME)          *
JAMES D. LEWIS A.K.A. JAMES OBAMA (PLAINTIFF(S)) Vs. MAR-A-LAGO; CITY OF WEST PALM BEACH; STATE OF FLORIDA; DONALD J. TRUMP; KAMALA HARRIS; JOSEPH R. BIDEN JR.; JD VANCE; STATE OF ISRAEL; STATE OF PALESTINE, et. al (RESPONDENT(S) —     CASE NO
                                        Hon.

* PETITION/MOTION/COMPLAINT(S) IN OPTION(S) TO "INJUNCTIONS AND/or RESTRAINING ORDERS"; "ONE FORM OF ACTION"; "INFRINGEMENTS"; "INTERNAL REVENUE CODE(S)", ETC. — 28 USCA 3904(a), ETC. 28 USCA 3012., ETC.

NOW COMES THE PLAINTIFFS, JAMES D. LEWIS A.K.A. JAMES OBAMA, UNDER ROYALTIES, CODES, AFRICANISM, ETC. "PETITION/MOTION/COMPLAINT(S) IN OPTION(S) TO "INJUNCTIONS AND/or RESTRAINING ORDERS", ONE FORM OF ACTION", "INFRINGEMENTS"; "INTERNAL REVENUE CODE(S)", ETC. – CIV. PROC. RULE 65 (a)(b), RULE 2, 35 USCS 281; 26 USCS 6801.(a)(b), 6802.(2), 6803.(a)(b), 6806, 1017.(3)(c), 6321; RULE 23.(a)(1)(2)(3)(4) "CLASS ACTIONS", 28 USCA 960.(a), 1731, 1740, ETC. TO FULL 3901.(a), 3012, ETC. DUE PROCESS OF THE LAW. IN SUPPORT OF THIS MATTER(S):

1)        * STATEMENT OF FACT(S) TO ABOVE COURTS/PARTIES, ETC *

I ENCLOSED PARTIES BRINGS THESE MATTERS DATED BACK TO SEPTEMBER 11, 2022, 2023 AND PRESENT WITH THE U.S. TREASURY SEAL FORMED IN SEPTEMBER 11, 1789 WITH FLAGS, ETC. THE ABOVE RESPONDENT(S) MUST FIX THE SECURITY FRAUDS, INSURANCE FRAUDS AND VOTERS FRAUDS FOR THE STATE OF FLORIDA, APPEALS AND U.S. SUPREME COURT FROM SEPTEMBER 11, 2022 PRESENT $100, $50, $20, $10, $5 AND $1 BILLS WITH COINAGE

1¢, 5¢, 10¢, 25¢, 50¢ AND SILVER DOLLARS, UNDER THE $35 TRILLION DOLLARS U.S. DEBT
CEILING X 10% = $350,000,000,000,000.$$ WITH 60/40 RULE A.K.A. 100% =
$3,500,000,000,000,000.$$ EXECUTIVE ORDER NO. 12631, 12256, AND ALL VOTING
MACHINE(S), BALLOT(S), ETC. WOULD BE SYMBOLS, LOGO'S, ETC. OF WIRE FRAUD,
MAIL FRAUDS, ETC. UNDER BAIT AND SWITCH, ETC. ON THE ENCLOSED RESPONDENTS,
ETC. BECAUSE $300,000,000 ~~#~~ UNDER 31 USCS 5115, 3343 (d), 3544. 18 USCS
225A, 626, 635. et seq, ETC. IS IN CIRCULATION, ETC. AROUND THE U.S.A. UNDER
THE U.S. TREASURY BILLS, BONDS, NOTES, SECURITY, SHARES, STOCK, ETC. AND ONE
OF THE FORMER PRESIDENT(S), CANDIDATE(S), PRESIDENT AND/OR TAXPAYERS
FACE MALE OR FEMALE MUST BE PLACED ON THE $300,000,000.$$ BILL/ NOTE:
THROUGH TROPIC OF CANCER 23½ + TROPIC OF CAPRICORN 23½ = 47TH
PRESIDENT, ETC. UNDER AFRICANISM, U.S.A. LAWS AND POLICIES, ETC. TO
ENCLOSED MATTERS WHICH TAKE AWAY INFLATION TO A SURPLUS ALL
AROUND THE BOARD, ETC. WWW. RANDOM WORKS. COM / DEAD MAN'S STATUTE, ETC
                                                        ~ 18 USCS 336.~
*RESPONSIBILITIES/LEGAL CLAIMS:
2) ALL RESPONDENT(S) ARE RESPONSIBLE, BECAUSE THE PARTIES DID NOT COME SEE ME BEFORE
RUNNING FROM FOR OFFICE(S) CAMPAIGN MATTERS, ETC. IN THERE INDIVIDUAL(S) AND/OR OFFICIALS
CAPACITIES AND WHEN PRIME MINISTER OF STATE OF ISRAEL VISITED WASHINGTON, D.C.
AND THE STATE OF FLORIDA, ETC. ABOUT THE STATE OF PALESTINE, et.al. AND THE DISTRICT OF
FLORIDA, U.S. APPEAL COURT AND U.S. SUPREME COURT HANDED DOWN DOCUMENTARY
EVIDENCE(S), ETC OF "MOCKERY OF JUSTICE", FRIVOLOUS REPORTS, ETC. UNDER ALL ENCLOSED
MATTERS, UNIVERSAL DECLARATION OF HUMAN RIGHTS ARTICLE #30; *I AMENDMENT OF THE
U.S.A. CONSTITUTION WITH THE #16TH AMENDMENT TO THE ELECTORAL COLLEGE 270
VOTES, NEWS TRADINGS, GHOST TRADINGS, ETC. (EXHIBIT #A)

                    * CONCLUSION(S) *

PLAINTIFF(S) AND OTHERS HAVE ALOT TO DO WITH THE RESPONDENT(S), BECAUSE ALL
ARE REPRESENTATIVE(S), EXECUTIVE(S), HUMAN BEINGS, ETC. IN SOME SHARE, FORMS, FASHIONS
ETC. THROUGH THERE ONLY MIND, BODIES AND SOULS WORLDWIDE, ETC. AND ALOT OF
INDIVIDUALS HAS MEET AT MAR-A-LAGO, STATE OF FLORIDA, WASHINGTON, D.C.,
ETC. UNDER NATIONAL SECURITY ACT OF 1947, CENTRAL INTELLIGENCE ACT OF 1949, ETC.
                (A)
3) * PRAYER FOR RELIEF * I ENCLOSED PARTIES WOULD LIKE ALL MATTERS ADDRESSED IN PETITION/MOTION/
COMPLAINT(S), ETC. TOWARDS THE RESPONDENT(S). (B) THE COURT HAS JURISDICTION, ETC. OVER THE
$3,500,000,000,000,000.$$ 28 USC § 1352, 1335 (a)(1)(b), 1352, 1357 (1)(2), 1352, 1369.(a)(1)(2)(3), (b)(c), 1396,
400. (a)(b), 2411. (c); 2024 ELECTIONS IN NOVEMBER TO BE PLACE ON HOLD UNTIL FURTHER NOTICE, ETC.
WITH NEWS, MEDIA, ETC. COVERAGE, UNDER TELECOMMUNICATIONS ACT OF 1996, ETC.

                    RESPECTFULLY SUBMITTED,

DATE: 8/13/2024 (LETTERS PATENT, ETC)  _____  James
                                                        (352 328)
KING/SUI JURIS/PROXY/DE JURE GOVERNMENT/MONARCHISM, ETC  JAMES D. LEWIS
    (TRADE NAME)
A.K.A. JAMES OBAMA AT DIXON CORRECTIONAL CENTER IN DIXON, IL 61021-9532

JAMES D. LEWIS
A.K.A. JAMES OBAMA
B52727
2600 NORTH BRINTON AVENUE
DIXON, IL 61021-9532

INDIVIDUAL IN CUSTODY OF THE
ILLINOIS DEPT OF CORRECTIONS

USED FOR LEGAL AB

LEGAL
MAIL

Room 303

CLERK OF COURT
US DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA
701 CLEMATIS STREET
WEST PALM BEACH, FL 33401