EXHIBIT
#A

– COURT ORDER REQUEST(S) –
*28 USCA 960.(a), 1731, 1740. *

RULE 16. et. seq. "PRETRIAL CONFERENCES; SCHEDULING; MANANGEMENT"

1) F.B.I. DIRECTOR CHRISTOPHER WRAY DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA

AVE. NW-WASHINGTON, DC 20530 (202) 324-6000 www.justice.gov

2) SECRETARY OF TREASURY JANET YELLEN DEPARTMENT OF THE TREASURY, 1500 PENNSYLVAN-

IA AVE NW-WASHINGTON, DC 20220 @SECYELLEN (202) 622-2000   www.treasury.gov

3) FEDERAL RESERVE CHAIR JEROME POWELL FEDERAL RESERVE SYSTEM (20TH STREET AND CONSTITUTION

AVE. NW. WASHINGTON, DC 20551 www.federalreserve.gov

4) NEWSNATION REPORTERS, JOURNALIST, ETC. @KELLIE MEYER TV, @AB ON TV, @NICK SMITH,

@NICHOLE BERLIE, @LAUREN WRIGHT, @DAN ABRAHAMS, @ CUOMO

5) AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS (AFL-CIO)

(202) 637-5000 www. AFLCIO. org

6) @JAY-Z, @ROC NATION, @NAS, @LIL DURK, @AOC, @JASMINE CROCKETT,

@RIHANNA, @INGRAHAM ANGLE, @ABBY PHILLIPS, ETC.

7) AMERICAN FEDERATION OF STATE, COUNTIES AND MUNICIPAL EMPLOYEES (AFSCME)

(202) 429-1000 www. AFSCME. org

8) AMERICAN MARKETING ASSOCIATION (312) 542-9000 www. ama. org


9) NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES (212) 586-8424

www. EMMYONLINE. org

10) ALLIANCE FOR WOMEN IN MEDIA (202) 750-3664 www. ALLWOMENINMEDIA. org

* MY INFORMATION JAMES LEWIS, 352-327, 2600 No. 4TH BRINTON AVENUE-

DIXON, IL 610 21-9532 (815) 288-5561 FOR LEGAL CALLS OR VISITS/

VIDEO VISITS #FAX (815) 288-9713 or ildoc.gHVISITme. com (855) 208-

7349

JAMES D. LEWIS
B52327
2000 NORTH BRENTON AVENUE
DIXON, IL 61021-9532
(815) 288-5561

CASE NO.
DATE 8/13/2024 No. 8566

JAMES D. LEWIS A.K.A. JAMES OBAMA
PLAINTIFF(S)   VS,
MAR-A-LAGO, et. al.
RESPONDENT(S)
* 28 USCA 1914.(G)(C), 1920. et. seq., 1924.*

* RULES OF CIV. PROC. 67.(A), 5.2.(A)(1)(2)(4)(C)(1)*
* 28 USCA 960.(A), 1731, 1335.(A)(1), 2041.*
* CHIEF FINANCIAL OFFICER (CFO) ACT OF 1990*
* 31 USCS 101, 102, 103, 3343.(D), 3544.*

PAY TO THE
ORDER OF U.S. DEPARTMENT OF THE TREASURY; CLERK OF COURT SOUTHERN DISTRICT OF FLORIDA; JAMES D LEWIS   $405.00

FOUR HUNDRED DOLLARS AND FIVE DOLLARS AND ZERO CENTS. —————————————————— DOLLARS

DEPARTMENT OF THE TREASURY, ETC. (BONDED WAREHOUSE, ETC.)
C/O U.S. DEPARTMENT OF THE TREASURY; CLERK OF COURT, ETC.
1500 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20220 (202) 622-2000 @SECYELLEN
WWW. TREASURY. GOV; WWW. TREASURY DIRECT. GOV
* BOOKS OF MONEY, 12 USCS 225A, 626, 635. et seq., ETC.*

* FEDERAL RESERVE ACT, FEDERAL CREDIT UNION ACT, ETC.*

* REVENUE ACT OF 1913, ETC.* 28 USCA 257. —

* 26 USCS 6801.(A)(B), 6802.(2), 6803.(A)(B),
6806, 1017.(3)(C), 6321. —

* DIGITAL ASSETS; DIGITAL IDENTITY ACT, ETC.*

* 18 USCS 336. —

MEMO CERTIFIED CHECKS, DEPOSITS, FILING FEE, ETC
687152327   697174505 51011756

* SIGNATURE/#SSN/TIME/#ID PHOTO*
ON THE BACK SIDE —

X  ～～～
8/13/2024   VOID AFTER 90 DAYS
                              28USCA 1731, 1740.—

X
U.S. DEPARTMENT OF THE TREASURY, C/O DEPARTMENT
OF THE TREASURY, CLERK OF COURT, ETC.
1500 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20220 (202)622-2000
@SECYELLEN, WWW.TREASURY.GOV; WWW.TREASURYDIRECT.GOV
28USCA257

X
SOUTHERN DISTRICT OF FLORIDA
CLERK OF COURT FILING FEE, ETC
701 CLEMATIS STREET - ROOM 302
WEST PALM BEACH, FL 33401